IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOURGOS DIAMANTOPOULOS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV31 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion. The Clerk of the court has advised the court that Plaintiff Yourgos Diamantopoulos has submitted a summons for an individual identified as "Mr. Needham." There is no Defendant named Needham in this matter.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is ordered to return the summons form directed to "Mr. Needham" to Plaintiff.

2. Plaintiff shall submit no other summons or USM-285 forms to the Clerk of the court unless directed to do so by the court.

November 29, 2007.                    BY THE COURT:

                                       s/ Joseph F. Bataillon
                                      Chief United States District Judge